IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SANDRA LOUISE WISELY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **7:09CV5001** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court sua sponte and pursuant to NECivR 41.2, which states in pertinent part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." Further, Fed. R. Civ. P. 4(m) establishes a 120-day time limit for service of process on the defendant in a civil case, absent a showing of good cause.

In this case the complaint was filed on March 15, 2009. **See** Filing No. 1. Accordingly, the deadline for service of process expired **on or about July 13, 2009**. Although the plaintiff was granted leave to proceed *in forma pauperis*, there is no proof of service of process on the defendant or evidence the appropriate summonses were issued pursuant to the court's March 16, 2009, Order. **See** Filing No. 5. Therefore, the plaintiff must make a showing of good cause for the failure of timely service or the action must be dismissed. Upon consideration,

**IT IS ORDERED:**

The plaintiff shall show cause why this case should not be dismissed for failure to prosecute or file the proof of service electronically on or before the close of business **on August 4, 2009**.

Dated this 20th day of July, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge