IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SANDRA LOUISE WISELY, | ) | |
| | ) | |
| Plaintiff, | ) | 7:09CV5001 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Commissioner's motion to extend the deadline for filing a responsive brief to plaintiff Sandra L. Wisely's motion for summary judgment (Filing Nos. 19 & 21).

IT IS ORDERED:

The Commissioner shall have until February 16, 2010 to file a responsive brief to Wisely's motion for summary judgment.

DATED this 14th day of January, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court