IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
SANDRA L. WISELY,                )
                                 )
               Plaintiff,        )          7:09CV5001
                                 )
          v.                     )
                                 )
MICHAEL J. ASTRUE,               )          ORDER
Commissioner of the Social       )
Security Administration,         )
                                 )
               Defendant.        )
_____  )
```

         This matter is before the Court on defendant's second
motion for extension of time to respond to plaintiff's brief
(Filing No. 23).  The Court finds said motion should be granted.
Accordingly,

         IT IS ORDERED that defendant's motion is granted;
defendant shall have until March 18, 2010, to file a response to
plaintiff's brief.

         DATED this 16th day of February, 2010.

                         BY THE COURT:

                         /s/ Lyle E. Strom
                         _____
                           LYLE E. STROM, Senior Judge
                           United States District Court