IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SANDRA L. WISELY, | ) | |
| | ) | |
| Plaintiff, | ) | 7:09CV5001 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER AND JUDGMENT |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the memorandum opinion entered this date,

IT IS ORDERED that, pursuant to Rule 58 of the Federal Rules of Civil Procedure and 42 U.S.C. § 405(g), this action is reversed and remanded to the Commissioner for rehearing.

DATED this 26th day of February, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court