IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
SANDRA L. WISELY,              )
                               )
          Plaintiff,           )        7:09CV5001
                               )
     v.                        )
                               )
MICHAEL J. ASTRUE,             )        ORDER
Commissioner of the Social     )
Security Administration,       )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on plaintiff's application for attorney's fees under the Equal Access to Justice Act (Filing No. 30).  The Court notes that the parties have agreed to an award for attorney fees in the amount of $1,968.75 (Defendant's response, Filing No. 32).  Accordingly,

IT IS ORDERED that plaintiff's application is granted; plaintiff is awarded attorney fees in the amount of $1,968.75.

DATED this 8th day of April, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court